FILED
17 AUG 22 PM 3: 37
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE FREDERICK, | ) | Judge Dan Aaron Polster |
| Plaintiff/Counter-Defendant, | ) | STIPULATED DISMISSAL ENTRY |
| vs. | ) | 1:17cv1186 |
| EDWARDS FINANCIAL GROUP LLC and EDWARD PAVICIC, | ) | |
| Defendants/Counter-Claimants. | ) | |

The Court held a Settlement Conference August 22, 2017, at which time the Court mediated a settlement.  Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____        _____
Attorney for Plaintiff/Counter-Defendant        Attorney for Defendants/Counter-Claimants

**IT IS SO ORDERED.**

_____        8/22/2016
**Dan Aaron Polster**                Date
**United States District Judge**